**Duncan C. McCREA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10901.

United States Court of Appeals
Sixth Circuit.

Dec. 9, 1949.

Petitioner not represented.

Duncan C. McCrea, in pro. per., Detroit, Mich., Theron L. Caudle, Charles Oliphant, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that no steps have been taken since the docketing of this case on April 1, 1949;

It is now ordered, upon the Court's own motion, that the petition for review herein be and the same is dismissed for want of prosecution.

**Francis H. MONTMARQUET, Doing Business as The O. C. Manufacturing Company, Appellant, v. JOHNSON & JOHNSON.**

No. 9962.

United States Court of Appeals
Third Circuit.

Argued Jan. 5, 1950.

Decided Jan. 23, 1950.

Jacob Thomas Basseches, New York City (Harry B. Rook, Newark, N. J., on the brief), for appellant.

William J. Barnes, New York City (Fish, Richardson & Neave, New York City, Kenneth Perry, New York City, Benton A. Bull, Somerville, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

We have given careful consideration to the oral arguments, the briefs and the record in this case. The subject matter is fully covered by the excellent opinion of Forman, J., D.C., 82 F.Supp. 469. We can perceive no reversible error.

Accordingly the judgment of the court below will be affirmed.

**Arthur Clark MOORE, Appellant, v. UNITED STATES of America, Appellee.**

No. 11888.

United States Court of Appeals
Sixth Circuit.

Dec. 2, 1949.

Appellant not represented.

Vincent Fordell, Detroit, Mich., Edward T. Kane, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case was heard upon the record, briefs of respective parties and oral argument of counsel for appellee, and the Court being sufficiently advised;

It is ordered that the judgment of the District Court be and is affirmed. Ponzi v. Fessenden, 258 U.S. 254, 42 S.Ct. 309, 66 L. Ed. 607; United States ex rel. Lombardo v. McDonnell, 7 Cir., 153 F.2d 919, 920; United States ex rel. Pasela v. Fenno, 2 Cir., 167 F.2d 593, 595.